UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EMPLOYERS INSURANCE COMPANY OF
WAUSAU,

                        Plaintiff,

   -against-

AMERICAN IRON & CRANE INC.,

                    Defendant.
-----------------------------------------------------------x

Civil Action No.:
1:23-cv-00239-FJS-DJS

**NOTICE OF MOTION TO ENFORCE STIPULATION OF SETTLEMENT**

**M A D A M S/S I R S:**

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration in Support of Motion to enforce settlement agreement of Marshall T. Potashner, dated January 24, 2024, the exhibits annexed thereto, the accompanying Memorandum of Law, and the prior proceedings and pleadings herein, plaintiff EMPLOYERS INSURANCE COMPANY OF WAUSAU ("Wausau") shall move this Court on a date and at a time to be designated by the Court, before the Hon. Frederick J. Scullin, Jr., U.S.D.J., at the 100 South Clinton Street, Syracuse, New York 13261, 445 Broadway, Albany, NY 12207, for an Order enforcing the Stipulation and Order of Settlement filed with this Court and granting judgment against defendant AMERICAN IRON & CRANE INC. in the sum of $508,383, plus interest at 9% per annum from November 22, 2021, minus $160,000.00, the payments actually received by Wausau, and granting such other and further relief as this court deems just and proper, including recovery of the costs and disbursements of this action.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule

7.1(a)(1), any opposing party must file and serve its opposition papers no more than TWENTY ONE (21) DAYS after service of the motion.

Dated:  New York, New York
        January 24, 2024

Yours, etc.,

JAFFE & ASHER LLP

By: _____
    Marshall T. Potashner, Esq.
Attorneys for Plaintiff
EMPLOYERS INSURANCE COMPANY
OF WAUSAU
445 Hamilton Avenue, Suite 405
White Plains, New York 10601
(212) 687-3000

To:  COUCH WHITE, LLP
     Attorneys for Defendant
     AMERICAN IRON & CRANE INC.,
     540 Broadway
     PO Box 22222
     Albany, NY 12201
     (518) 426-4600

2