**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**

                                           **Plaintiff,**

                            v.                                                           1:23-CV-239
                                                                               (FJS/DJS)

**AMERICAN IRON & CRANE, INC.,**

                                           **Defendant.**
_____

| **APPEARANCES** | **OF COUNSEL** |
|---|---|
| **JAFFE & ASHER LLP**<br>445 Hamilton Avenue, Suite 405<br>White Plains, New York 10601<br>Attorneys for Plaintiff | **MARSHALL T. POTASHNER, ESQ.** |
| **COUCH WHITE, LLP**<br>540 Broadway<br>P.O. Box 22222<br>Albany, New York 12201-2222<br>Attorneys for Defendant | **CLEMENTE J. PARENTE, ESQ.** |

**SCULLIN, Senior Judge**

## ORDER

      Pending before the Court is Plaintiff's motion for an Order enforcing the Stipulation and Order of Settlement filed with this Court and granting judgment against Defendant in the sum of $508,383.00, plus interest at 9% per annum from November 22, 2021, minus the payments that Plaintiff has actually received from Defendant. _See_ Dkt. No. 1, Notice of Motion.

      After reviewing the entire file in this matter, the parties' submissions, and the applicable law, the Court hereby

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff for the sum of **$508,383.00** plus interest at **9% per annum** from **November 22, 2021**, plus costs and disbursements, **minus** any payments that Plaintiff has actually received from Defendant through the date of entry of this judgment.

**IT IS SO ORDERED.**

Dated:  October 11, 2024
         Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Judge